NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

THOMAS TUER, DOC #679374,    )
    )
    Appellant,    )
    )
v.    )    Case No. 2D16-5114
    )
MICHAEL P. MADDUX P.A.,    )
MICHAEL P. MADDUX, and    )
GREGORY M. LUDTKA,    )
    )
    Appellees.    )
_____)

Opinion filed February 2, 2018.

Appeal from the Circuit Court for
Hillsborough County; Richard A.
Nielsen, Judge.

Thomas Tuer, pro se.

Michael E. Reed and Alyssa M.
Reiter of Wicker Smith O'Hara
McCoy & Ford, P.A., Fort Lauderdale,
for Appellees Michael P. Maddux P.A.
and Michael P. Maddux.

No appearance for remaining
Appellee.


PER CURIAM.

        Affirmed.


NORTHCUTT, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.